UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:24-cv-20056-JB

BRANDON M. EVANS,

    Plaintiff,

v.

EVOLUTION FINANCE, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Brandon M. Evans ("Plaintiff"), by counsel, hereby notifies the Court that the parties have reached a settlement of all claims and are in the process of finalizing the settlement documents so that a stipulation of dismissal may be filed.

Dated: March 14, 2024.

Respectfully submitted,

*/s/ Seth M. Lehrman*
Seth M. Lehrman
FL Bar No. 132896
E-mail: seth@lehrmanlaw.com
LEHRMAN LAW
 951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: 754-778-9660

John A. Love
Fl. Bar No. 67224
E-mail: tlove@loveconsumerlaw.com
LOVE CONSUMER LAW
2500 Northwinds Parkway, Suite 330
Alpharetta, GA  30009
Telephone: 404-855-3600

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2024, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Seth M. Lehrman*
Seth M. Lehrman