UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:24-cv-20056-JB

BRANDON M. EVANS,

    Plaintiff,

v.

EVOLUTION FINANCE, INC.,

    Defendant.
_____/

## NOTICE OF VOLUNATRY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, BRANDON M. EVANS, by and through undersigned counsel hereby files this Voluntary Dismissal with Prejudice with regard to Defendant, EVOLUTION FINANCE, INC. Each party shall be responsible for bearing their own expenses, costs of litigation and attorney's fees.

Dated: March 22, 2024.      Respectfully submitted,

/s/ Seth M. Lehrman
Seth M. Lehrman
FL Bar No. 132896
E-mail: seth@lehrmanlaw.com
LEHRMAN LAW
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: 754-778-9660

John A. Love
Fl. Bar No. 67224
E-mail: tlove@loveconsumerlaw.com
LOVE CONSUMER LAW
2500 Northwinds Parkway, Suite 330
Alpharetta, GA  30009
Telephone: 404-855-3600

*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on March 22, 2024, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                */s/ Seth M. Lehrman*
                Seth M. Lehrman