UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-20056-JB

BRANDON EVANS,

    Plaintiff,

v.

EVOLUTION FINANCE, INC.,

    Defendant.
_____/

## ORDER DISMISSING AND CLOSING CASE

**THIS CAUSE** came before the Court on Plaintiff's Notice of Voluntary Dismissal (the "Notice"), ECF No. [10], in which he dismissed this case with prejudice as to Defendant, Evolution Finance, Inc., with each party to bear their own expenses, fees, and costs. *Id.* Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida this 25th day of March, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE